# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| **ANDY ORTIZ** ) | Case No. ~~3E~~ 21-CV-3813 |
| _____ ) | _____ |
| *Plaintiff(s)* ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| **P.I.Co Co Ect** ) | |
| _____ ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names. Do not include addresses here.)* ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *ANDY ORTIZ*

All other names by which you have been known: *ANDY ORTIZ / WYO.SNOOP.OFFICIA / WYO SNOOP /*

ID Number *1212917*

Current Institution *Philadelphia-Industrial-Correctional-Center*

Address *8301 STATE RD*

*PHILADELPHIA* *PA* *19136*
    *City*    *State*    *Zip Code*

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *C/O: Gibson*

Job or Title *(if known)* *CORRECTIONAL OFFICER*

Shield Number *UNKNOWN*

Employer *PHILADELPHIA DEPT. OF PRISON*

Address *8301 STATE ROAD*

*PHILADELPHIA* *PA* *19136*
    *City*    *State*    *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

Name *C/O: Bailey*

Job or Title *(if known)* *CORRECTIONAL OFFICER*

Shield Number *UNKNOWN*

Employer *PHILADELPHIA DEPT. OF PRISON*

Address *8301 STATE ROAD*

*PHILADELPHIA* *PA* *19136*
    *City*    *State*    *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 3

Name: C/O: Johnson
Job or Title *(if known)*: CORRECTIONAL OFFICER
Shield Number: UNKNOWN
Employer: PHILADELPHIA DEPT. OF PRISON
Address: 8301 STATE ROAD
PHILADELPHIA        PA        19136
City        State        Zip Code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4

Name: CO: E. YOUNG
Job or Title *(if known)*: CORRECTIONAL OFFICER
Shield Number: UNKNOWN
Employer: PHILADELPHIA DEPT. OF PRISON
Address: 8301 STATE ROAD
PHILADELPHIA        PA        19136
City        State        Zip Code

[✓] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment, 8th Amendment, 14 Amendment, retaliation claim Due Process clause, municipal liability, policies or customs, Bill of rights deliberate indifference, failure to protect claim, constitutional rights Federal rights, statutory right(s) where violated.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# LIST OF DEFENDANT

DEFENDANT NO. 5

NAME: WARDEN FARRELL

JOB or TITLE: SUPERVISOR, WARDEN

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADEPHIA DEPT. OF PRISONS

ADDRESS: 8501 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO. 6

NAME: MASOR MARTIN

JOB or TITLE: SUPERVISOR

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON

ADDRESS: 8301 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO. 7

NAME: SARGENT: HEADS

JOB or TITLE: SUPERVISOR - SARGENT

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON

ADDESS: 8301 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

# LIST OF DEFENDANT

DEFENDANT NO. 8

NAME: SARGIENT CRAWFORD

JOB or TITLE: SUPERVISOR - SARGIENT

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON

ADDRESS: 7901 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 9

NAME: LIEUTENANT SPELLMAN

JOB or TITLE: SUPERVISOR - LIEUTENANT

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON

ADDRESS: 8301 STATE ROAD

PHILADELPHIA, PA 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 10

NAME: BLANCHE CARNEY

JOB or TITLE: SUPERVISOR - PRISON COMMISSIONER

SHIELD NUMBER: UNKNOWN

EMPLOYER: CITY OF PHILADELPHIA

ADDRESS: 7901 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

LIST OF DEFENDANT

DEFENDANT NO.11
NAME: C/O: MORRIS
JOB or TITLE: CORRECTIONAL OFFICER
SHIELD NUMBER: UNKNOWN
EMPLOYER: PHILADELPHIA DEPT. OF PRISON
ADDRESS: 8301 STATE ROAD
PHILADELPHIA, PA. 19136
IDIVIDUAL CAPACITY

DEFENDANT NO: 12
NAME: C/O: CLARK
JOB or TITLE: CORRECTIONAL OFFICER
SHIELD NUMBER: UNKNOWN
EMPLOYER: PHILADELPHIA DEPT. OF PRISON
ADDRESS: 8301 STATE ROAD
PHILADELPHIA, PA. 19136
INDIVIDUAL CAPACITY

DEFENDANT NO: 13
NAME: C/O: CL. JONES
JOB or TITLE: CORRECTIONAL OFFICER
SHIELD NUMBER: UNKNOWN
EMPLOYER: PHILADELPHIA DEPT. OF PRISON
ADDRESS: 7901 STATE ROAD
PHILADELPHIA, PA. 19136
INDIVIDUAL CAPACITY

# LIST OF DEFENDANT

DEFENDANT NO. 14

NAME: C/O: S. Robbinson

Job or Title: CORRECTIONAL OFFICER

SHIELD NUMBER: UNKNOWN

Employer: PHILADELPHIA DEPT. OF PRISON — C.F.C.F

ADDRESS: 7901 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 15

NAME: C/O: M. Cooper

Job or Title: CORRECTIONAL OFFICER

SHIELD NUMBER: UNKNOWN

Employer: PHILADELPHIA DEPT. OF PRISON — CF.C.F

Address: 7901 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 16

NAME: LT. G. malloy

Job or Title: Supervisor — Lieutenant Spellman

SHIELD NUMBER: UNKNOWN

Employer PHILADELPHIA DEPT. OF PRISON

ADDRESS: 7901 STATE ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

# LIST OF DEFENDANT

DEFENDANT NO. 17

NAME: DEPUTY Warden: E. CRUZ

Job or TITLE: SUPERVISOR - warden of Administration

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON / C.F.C.F

ADDRESS: 7901 State ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 18

NAME: MAJOR; R. ROSE

Job or TITLE: supervisor

SHIELD NUMBER: UNKNOWN

EMPLOYER: Philadelphia Dept. of prison

ADDRESS: 7901 state ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

DEFENDANT NO: 19

NAME: SARGENT; GRANVILLE

Job or TITLE: SUPERVISOR - SARGENT

SHIELD NUMBER: UNKNOWN

EMPLOYER: PHILADELPHIA DEPT. OF PRISON

ADDRESS: 7901 State ROAD

PHILADELPHIA, PA. 19136

INDIVIDUAL CAPACITY

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE Attach PAGES

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*   N/A

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN SIDE CURRAN-FROMHOLD CORRECTIONAL Facility ON D1-4
IN SIDE P.I.C.C ON Cunit & K-unit .

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The incident happen at Curran-Fromhold-Correctional-Facility and at Philadelphia industrial Correctional Center at around, may, 20,2020

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

On K-unit a couple inmates assualted me and my cell mate while on protective custody status and we was going out the same time while we exercise/activity's They same to are cell and threat us - They meaning general population. On C-unit I went to protective custody some time back in 2021 and there where mental Health inmate from general population that was housed on the same unit

**V.    Injuries**

Seperated me and when we are aposta be fixeds and poop throw my cell was getting Dirty at are door I put a sick call cause other inmate wanted to stab me!

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain & suffering        lumps on the face  and a little
Emotional distress      leg injuries and Back injuries  I
Mental injury's          still have them.
                         I'm also Exhausted cause I filed every
                         paper work that I can file.
Due to Diliberate Indifference. I was refuse medical care

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

5 million U.S DOLLAR to to my Injurys I suffer and including punitive Damages as well.

**VII.**     **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

No not at all

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Both Jails corran - From hold - Correctional - Facility and Philadelphia Industrial Correctional center.

2.    What did you claim in your grievance?

THAT I was A PICK ON K- unit and vone and my cell mate micheal witherspoon was threaten and also out with general population during exercises. on C-unit I was threaten my population inmates that was housed on the unit with me. ALSO That at CFCF I ask a couple time to be house by my self.

3.    What was the result, if any?

None what so Ever.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

None at all Cause the Prison failed to respond to the five grievance I wrote on EACH Situation.

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   N/A

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
         when and how, and their response, if any:

   All the above I had informed with I
   was giving an answer this is Jail not a
   five star hotel
   that you have no rights.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies.

   I wrote so many grievance to the Deputy warden
   cruz and major warden R. Rose cause. I felt like
   The supervisor where not giving my grievance to the
   higher ups

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
   administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

   N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  Andy ORTIZ

Defendant(s)  C/O: S. BlackSheer

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Eastern District of PA

3.    Docket or index number

21-CV-3101

4.    Name of Judge assigned to your case

GERALD J. PAPPERT, J

5.    Approximate date of filing lawsuit

unKNOWN But Filed to the Courts

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.  N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit
        Plaintiff(s)    Andy ortiz
        Defendant(s)   L.T. Horsey

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

       Eastern District of PA

    3.   Docket or index number

       21-CV-3104

    4.   Name of Judge assigned to your case

       /S/ GERALD J. PAPPERT, J.

    5.   Approximate date of filing lawsuit

       unknow. Filed to the court as of now!

    6.   Is the case still pending?

       ☑ Yes

       ☐ No

       If no, give the approximate date of disposition   N/A

    7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6⁄3-3-2021

| | |
|---|---|
| Signature of Plaintiff | *Andy Ortiz* |
| Printed Name of Plaintiff | ANDY ORTIZ |
| Prison Identification # | 1212917 |
| Prison Address | 7901 State Road |
| | Philadelphia        PA      19136 |
| | *City*              *State*   *Zip Code* |

### B.    For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | *City*    *State*    *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

On About May 28, 2020 I informed these fellow correctional officer's face to face and on a grievance system. WARDEN FARRELL, Major Martin, SARGENT HEADS, SARGENT CRAWFORD, Lieutenant Spellman, C/O: Gibson, C/O: E. Young, C/O: Johnson, C/O: Bailey, Blanche Carney, I SPOKE TO THEM IN PERSON or I made SURE I notified THEM THAT. Me and my cell Micheal Witherspoon DP# ~~1094022~~ 1094022 was on K-unit in cell 22. which we where place in protective Custody. All Defendant above violated Failure to protect from Inmate that where on general population status. Came to are cells during. The 7to3 & 3to11 shift where C/O: Gibson, C/O: Johnson, C/O: Bailey, C/O: E. Young was working them shift and Supervisor where Major Martin that happen to be in charge of K-unit at the time of incident and SARGENT: HEADS, Sgt. CRAWFORD, Lieutenant Spellman was the main Supervisor for that Block for them Shifts. Warden FARRELL happen to be the warden for the Philadelphia-Industrial-Correctional-center Failed to keep me and Micheal Witherspoon unsafe and ~~also~~ also failed to keep inmate ~~Peter~~ Andrew McCormick DP# 890258 and other individual on K-unit that where on general population to assualt us in the cell and able to come back out not notice by guards.

Inmates informed to us if we was to tell that
we will get stabbed up. I informed
All The correctional officer that where
work from 3 to 11 shift and 7 to 3 shift
about what had happen. They ignored up and
walked away. we also inform correctional
officer's and supervisor they say they will make
changes. But we was coming out for activity/rec
with the work and general popolation.
I inform ~~the~~ warden Farrell and let
Blanche Carney know that the Commissioner
of prison that we where protective custody
status. why are we still house on K-unit
where we me and my celly micheal witherspen
felt unsafe at we started to go with
are 1st Amendment right to pracite are fights
That inmate ~~that~~ that are protective custody status
cant be house or be togather with general popolation.
we where getting ~~retaliated~~ retaliated by the
above correctional officers only. Not getting
are commissary bag not getting GI cleaning
also not able to come out for are rec at all.

I notified and told all supervisor
major martin, sgt. Head, Sgt. Crawford, LT. Spellman
That we was attacked by inmate in are cell
they said, that they will write us up for
fighting and we get sent to the R.H.U
If we dont want to go to the R.H.U to keep
are mouth shut so, that what we did we
kept are mouth shut.
Warden Farrell and Blanche Carney where
the one to be notifed and failed to move
us to the protective custody Building in a
good timily fashion.
I think two month later we was sent
to C-unit protective custody unit warden
Farrell made the move.

On Around 6-6-2021 I was tranfer
from C.F.CF TO P.I.C.C I was sent to A-unit
From the moment I step on A-unit a couple
minute later a black rep come to me tells me
I got to check in protective custody I ask
C/O to move me to PC he asked me why
I was like Just move me, Then I was
tranfer to D-unit inmate was tryna attack
me and I was then tranfer to E-unit where I
observed some the inmate where from K-unit
wearing population clothes on and was housed
on the same block as protective custody.

So on morning on 6-10-20 I think
I was over there and a inmate from
K-unit General population was calling me
a pussy, Bitch, and alot of profanity and
throw pissed ~~on~~ under are door and
poop/shit that was cruel and unuseal punishment
cause of K-unit being here with protective custody
I had to go thru that.
I informed the officers that where woonking
on the 7 to 3 shift and 3 toll shift what
happen above.
C/O: morris, C/O: Clark, C/O: Jackson
C/O morris ingored me and walk away saying
this is jail not a 5 star Hotel C/O: Clark
said, what do you want me to do and walked
off. C/O: Jackson told me she tell the
supervisor to get me tranfer to GFCF.
cause I state due to me tryna follow my
right that Inmate on the block wanted to
hurt me.
So I got tranfer in two days thanks
to C/O: Jackson.

When I got tranfer back to CF. CF
~~from~~ from P.I.CC I was assualt
the day afther I came from P.I.CC
By 2 individual inmates rushing in my
cell afther I took a shower and
was attacked in the cell.
I infrom the officers C/O.S. Robbinson
and C/O.C.L. Jones that was working that
shift of the incident that accord on
they shift. C/O M. Cooper ignore and cured at me.
I spoke to major R. Rose about what
happen he told me that he does not handle
them issoes so I told him I speak with
Defuty warden! Cruz he also told me he dont
handle them issoe's to talk to Sgt. V. White
Sgt. Granville and LT. G. malloy which I
Filed a grievance about my safety to housed
me in the cell alone around 2-17-2021
I filed the grievane form around 1-25-21
And was told they will insore my
Safety but failed to insore my safety.
Still as of right now I'm a state
prison(I wish to be order by this court
I be Z-coded and have no cellys)
1° To my safety of being killed or
Raped my anather inmate,

I ANDY ORTIZ PP#1712917 AM
NOW A STATE PRISONER WISH
FOR THIS COURT TO ORDER me
to BE zooded and HAVE NO CELLY's
Due to my safety ~~or~~ Being attack
from other inmate or being raped.
Please and thank you.

~~Also~~ AlSO CAN YOU ~~to~~ Put all
my cases Back on the Civil
right panel So I can be appointed
my an attorney at once.

THANK you

Respectfully

~~Submitted~~

Submitted

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
JUN 2 1 2022

UNITED STATES
POSTAL SERVICE®



ANDY ORTIZ ~~PP~~ PZ SC / E-unit
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 1229117

$0.53 0
US POSTAGE
FIRST-CLASS
062S0011361833
FROM 19106
B57104-13

(Legal
mail)

Eastern District Court of PA
Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106