IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ, *Plaintiff,* v. C/O GIBSON, et al., *Defendants.* | CIVIL ACTION NO. 21-3813 |

## ORDER

AND NOW, this 10th day of May, 2023, it is **ORDERED** Plaintiff Andy Ortiz is **DIRECTED** to submit to the Clerk of Court a written request asking the Clerk to issue an alias summons. Ortiz is also **DIRECTED** to provide the Clerk with Defendants' full names, so service can be made.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] By Order dated May 18, 2022, this Court granted Ortiz's request to proceed in forma pauperis (ECF 17). By Order dated January 27, 2023 this Court directed that Ortiz's Complaint be filed and summonses be issued. The Court further ordered that service of the Complaint and the summonses be made upon the Defendants by the U.S. Marshals Service. The Court stated "[i]n the event the summons is returned unexecuted, it is plaintiff's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the defendant's correct address, so service can be made." (ECF 29).

On March 17, 2023 and March 20, 2023, the summonses were returned unexecuted. The Marshals Service noted that more information is needed, specifically the Defendants' full names, in order to identify the proper Defendants in this case. Accordingly, Ortiz is directed to request the Clerk to issue an alias summons and to inform the Clerk of the Defendants' full names. (ECF 33 & 34).