IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF PENNSYLVANIA

Andy Ortiz,
        Plaintiff's,

v.

C/O: Gibson, ET AL.,
        Defendants.

Civil Action # 21-CV-3813

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Andy Ortiz, pursuant to Rule 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party.

1.) Plaintiff Andy Ortiz will like to have these list of name as a defendant in this Civil Action Such AS:
C/O: Gibson, C/O: W. Bailey, C/O: Johnson, Warden: M. Farrell, C/O: E. Young, C/O: Clark, C/O: Morris, Commissioner: Blanche Carney, Deputy: C. Martin, C/O: CL. Jones, C/O: S. Robbinson, C/O: M. Cooper, Lieutenant: G. Malloy, Lieutenant: D. Spellman, Lieutenant: L. Crawford, Lieutenant: Gransville, Sergeant: E. Heads, Sergeant: V. White,

2.) Since filing of the Complaint the Plaintiff has determined that the name Plaintiff listed above be added. To hold off on the motion to dismiss by defendant.

3.) Defendants listed above violate Plaintiff Andy Ortiz rights.

4.) This court should grant leave freely to amend a complaint.
See; Foman v. Davis, 371 U.S. 178, 182 (1962).

Dated: 8-9-2023
Andy Ortiz
SCI-Somerset
1590 Walter Mill Rd
Somerset, PA. 15510

Respectfully Submitted,
*Andy Ortiz* (signature)

US POSTAGE | PITNEY BOWES
ZIP 15501
02 1W
0001402765 AUG 07 2023
$ 000.63⁰

PA DEPT/KM/CORRECTIONS
INMATE MAIL

(LEGAL)

CLERK OF COURT OFFICE FOR
UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF PA
U.S. COURT HOUSE
INDEPENDANT MALL WEST
601 MARKET STREET, ROOM 2609
PHILADELPHIA, PA. 19106-9865

Smart ~~Communications/PADOC~~
SCI- Somerset
Name: ANDY ORTIZ
Number: QN-9897
~~PO Box 33028~~
~~St Petersburg FL 33733~~
1590 Walters Mill Rd
Somerset, PA. 15510

U.S. M.S. BAY