IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ,<br><br>          *Plaintiff,*<br><br>  v.<br><br>P.I.C.C., et al.,<br><br>          *Defendant.* | CIVIL ACTION<br><br>NO. 21-3813 |

## ORDER

**AND NOW**, this 24th day of August, 2023, upon consideration of Defendants' Motions to Dismiss, (ECF 37, 42), and Andy Ortiz's Motion for Leave to Amend, (ECF 44), it is hereby **ORDERED** that:

1. Ortiz's Motion to Amend, (ECF 44), is **GRANTED**. Ortiz shall file a fourth amended complaint on or before **September 25, 2023**.

2. Defendants' Motions to Dismiss, (ECF 37, 42), are **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.