ANDY ORTIZ #QN-9897
SCI — SOMERSET
1590 Walters Mill RD
SOMERSET. PA. 15510

PRO SE, ANDY ORTIZ

08/26/23

TO: CLERK OF COURT
    JAMES A. BYRRE U.S. COURT HOUSE
    EASTERN DISTRICT COURT
    ROOM: 2609
    601 MARKET STREET
    PHILADELPHIA, PA. 19106

RE: ANDY ORTIZ V. GIBSON, et al / ANDY ORTIZ v. BlackSheer, et al
    Civil Action # 21-CV-3813    Civil Action # 21-CV-3101

DEAR CLERK OF COURT:

ENCLOSED PLEASE FIND PLAINTIFF' Motions.
1.) A MOTION TO DISMISS DEFENDANTS Motion - 21-CV-3813.
2.) A MOTION TO REQUEST PRODUCTION OF DOCUMENTS - @ 21-CV-3813.

3.) A MOTION REQUEST FOR ADMISSION - 21-CV-3101.
4.) A MOTION SECOND REQUEST To production of documents 21-CV-3101

STATING A CLAIM IN THE ABOVE - REFERENCE MATTER.

MR. ORTIZ PLAINTIFF STATES THAT DEFENDANTS FAIL
TO RESPOND TO THE FIRST SET OF INTERROGATORIES
ON Civil Action # 21-CV-3101.

RESPECTFULLY Submitted,

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ | |
| PLAINTIFF, | OPPOSITION TO DEFENDANTS |
| V. | MOTION TO DISMISS |
| | CIVIL ACTION # 2:21-CV-3813 |
| C/O: Gibson., et al | |
| Defendant's., | |

OPPOSITION TO DEFENDANTS MOTION TO DISMISS

(A.) Count 1 Failure to Protect Claim against Defendants should not be dismiss Because: ect al.

1.) C/O: W. Bailey, C/O: E. young, C/O: Gibson, C/O: Johnson are moving defendants that where on active duty. on the 7 am to 3 pm and 3pm to 11 pm. where Plaintiff and cellmate was assualted multiple times. was let out of cell with protective custody status and was let out of cell for shower, phone calls, out door recreation with general population when, Plaintiff and cellmate was suppose to be seperated from general population. where, Plaintiff and cellmate where assualt and Plaintiff cellmate was assualted by general population inmate sexual. where Plaintiff try to stop it but got assualted but, not sexual in the shower area ~~and~~ and in Plaintiff cell. See: Wright V. Miller, 561 F. APP'x 551 (7th Cic. 2014) While, on the days and shift that was stated in the complaint and other days on both shift. where these individual where assigned to and on duty. where grievances where filed on these individual about Plaintiff and cellmate where suppose to be seperated from the general population. But, guard1 above defendants ignored and continue to let general population out with Plaintiff and Plaintiff cellmate while already knowing the risk. See: Farmer V. Brennan, 511 U.S. 825 (1994) where court held prison officals have a duty to protect prisoner from violences at the hands of other inmates. where, Plaintiff was in protective custody and wore an orange jump suit. so these officals knew

about the serious risk and harm. when, Plaintiff &
Plaintiff signed onto protective custody for there
safety from being harmed by Andrew Mccormick
and general population inmates.
See: Hamilton v. Leavy 117 F.3d 742 (3d Cir. 1997)
where the disregard an inmate to go to protective
custody and kept him in general population while,
the officals knew the risk and harm. See: A.K. v.
Anucci, 17 CV 769 (VB), 2018 WL 4372673, 2018 U.S. District. Lexis 156455 (S.D.N.Y. Sep. 13, 2018)
2.) Sgt: L. Crawford, LT: D. Spellman, & Sgt: F. Heads. Jr
Violated 8th amendment right.
where, Plaintiff and Plaintiff cellmate was sign on
protective custody. But, disgard Plaintiff and Plaintiff
cellmate to be remove from K- unit to Protective
Custody unit which, was C- unit.
Where, Plaintiff was forced to stay on K- unit with
the inmates him and his cellmate where having issue
with.
where these Supervisory liability knew the risk and serious
harm
See: Scott v. Mahlmeister where a Prisoner report to
staff members about other inmates threaten him
Scott v. Mahlmeister 319 Fed. Appx. 160, 161 (3d Cir 2009).
where, Plaintiff and cellmate report incident to offical's
that they where suppose to be Seperated from general
Population. Which, they disregarded Plaintiff and Plaintiff
cellmate where continue to be lead out with general
population and later got assualted.

3.) LT: G. Malloy Violated 8th amendment to ~~Failure~~
Failure to Protect.
See: Scott v. Mahlmeister 319 Fed. APPX. 160, 161 (3d cir 2009).
where Plaintiff reported to LT: G. Malloy and
Sgt: S. Granville. That Plaintiff was at a high risk
of assualt and was receiving threating kites and
wrote a memorandum statement about his concern
for his safety on D1-Pod 4 and was later assualted
~~when, returning from P.~~
when, Plaintiff was transfer from P.I.C.C to
C.F.C.F back to D1- Pod and was assualted
By (2) inmates on the 1st day on the 7am to 3pm
shift. Where defendant C/O: CL. Jones, C/O: SS. Robbinson
where the active duty officals that day
abandon there post. Along with C/O: M. Cooper.

4.) c/o: Morris and c/o: Clark ignore the fact that I stated I was receiving threats and that urine and feces matter was getting thrown at and underneath Plaintiff door. Where Plaintiff stated to these two prison officals but, still continue to happen.

8th amendment right was violated on unsanitary conditions and failure to protect. While, Plaintiff was on C- unit the protective custody unit. Plaintiff was on protective custody Unit but, (P.I.C.C) had General Population confined on the same unit at the time.

5.) Warden: M.Farrell and Major: C.Martin and Commissioner: Blanche Carney. Failure to Protect and transfer Mr. Ortiz the Plaintiff in this action and his cell mate micheal witherspoon to protective custody in a reasonable manner. Where Plaintiff and Plaintiff cell mate filed a grievance form and added these defendant to move both Plaintiff and Plaintiff cellmate to c- unit. Because, of the safety and issues Plaintiff had with an inmate named Andrew Mccormick where a seperation was made. Plaintiff still had an altercation with Andrew Mccormick in Plaintiff cell. on the time around and after may-18-20. Prior to that Plaintiff was stabbed in the head on around the month of march and February Plaintiff was assualt by guards. Where these officals knew the risk of Plaintiff and the harm Plaintiff had to deal with during that time period. Where 8th amendment violate to failure and to protect. Along with supervisory liability claim.

Blanche Carney was the Commissioner of prisons and Major: C. Martin was the Major of all the guards and was in control of K- unit and (P-I-C-C) Warden: M. Farrell was the warden in control of (P-I-C-C) controling the welfare and protection of all inmates including Plaintiff that was confine at the Philadelphia - Industrail - Correctional - center.

▬ Count (2) Should not be dismiss against individual moving defendants on 1st amendment claim to retaliation Because: and ect al.

1.) Sgt: E. Heads, LT: D. Spellman, LT: L. Crawford told Plaintiff and Plaintiff cell mate that the yard, shower,

Phone Priviledge's was getting taken away for writing grievances on Defendants c/o: Johnson, c/o: Gibson, c/o: E. young, c/o: W. Bailey.
See: Allah V. Sieverling, 229 F.3d 220, 224, 225 (3d cir. 2000).
See: Rauser V. Horn, 241 F.3d 330 (3d cir. 2001).
Where in both these case Plaintiff was retaliate against for doing a protective Conduct. Where, later priviledges where denied.
See: Bendy V. Ocean county Jail, 341 Fed. APPX. 799, 802 - (3d cir. 2009) Filing a grievances is protective conduct and is protected by the 1st amendment right.
On around or after May -15-2020

2.) c/o: Johnson and c/o: Gibson where the officer's on the 7am to 3pm shift came in Plaintiff and Plaintiff Cellmate cell around May -18-2020 and told Plaintiff that he would lose his yard, shower, phone priviledges for filing a grievances. Plaintiff and Plaintiff cellmate was Confront By c/o: Johnson where c/o: Johnson stated "next time we got him in trouble he will smack us with his walkie talkie." c/o: Gibson Just watch it / the incident Play out. Incident happen on K-unit.

3.) c/o: w. Bailey and c/o: E. young where the officer's on the 3pm to 11pm shift told Plaintiff and Plaintiff cellmate to not ask for yard, showers, phone priviledge until they was to stop filing grievances.
See: Bendy v. Ocean county Jail, 341 Fed. APPX. 799, 802 - (3d cir 2009)

4.) c/o: Johnson and c/o: Gibson with held Plaintiff Commissary, had Plaintiff Sign for the commissary but, never received the commissary bag. For Keep filing grievance's, which, is a violation to the 1st amendment right to retaliation claim.
Because Plaintiff filed a grievance which, was protected under the 1st amendment. Then was retaliated against individual and was never given his / Plaintiff Commissary bag that was purchased by plaintiff. Commissary bag was in the amount of $50.00. For filing a grievances on May -20-2020.

5.) LT: D. Spellman and Sgt: L. Crawford, Sgt: E. Heads and Major: C. Martin that Plaintiff will be written

up for a false misconduct in retaliation to Plaintiff writing a grievances May-20-2020 and reporting Incident about inmate came into there cell / Plaintiff cell to assualt him.

which, violated 1st amendment right to retaliation and violation to due process and deliberate indifferences.

6.) C/O: M. Cooper violated Plaintiff 1st amendment right. when, he reported in the (PC) hearings about the assualts and safety he/ Plaintiff had while, report this to warden Deputy: E. Cruz & Major: R. Rose. Where, later C/O: M. Cooper retaliated against Inmates for reporting incidents where, Plaintiff had his recreational priviledges taken away.

7.) cell mate of Plaintiff Micheal witherspoon will like to be depose in this civil action.

8.) Demetris Thomas will like to get depose for when, Plaintiff was on C-unit and General Population was housed on the same unit. where protective custody was located.

9.) stanley percell will like to be depose he witness us being in Protective Custody on K-unit and being lead out the same time as K-unit for recreation.

I HEREBY DECLARE THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY ACKNOWLEDGE.

Dated: 08-  -23     SIGNED: *Andy Ortiz*
                    PRINT : ANDY ORTIZ
               ADDRESS TO: SCI- SOMERSET
                          1590 walters Mill Rd
                          SOMERSET, PA. 15510-0001

Excuted at SOMERSET, PA

pci

"Inmate Mail- PA DEPT. OF CORRECTIONS"

U.S.M.S•
X-RAY

Barn Swallow

FOREVER

(Legal
Mail)

Andy Ortiz
QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510

Eastern District of Pennsylvania
Clerk of Courts, EDPa
James A. Byrne : U.S. Courthouse
Room: 2609
601 Market Street
Philadelphia, PA. 19106

RECEIVED
AUG 3 1 2023
BY:_____